IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOYA NICKOLE WEBSTER, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:18-cv-00045 |
| | ) Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

**O R D E R**

On February 19, 2019, the magistrate judge issued a Report and Recommendation (DE #23), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on the Administrative Record (Docket No. 18) is GRANTED IN PART. The decision of the Commissioner as it pertains to the plaintiff's application for DIB is AFFIRMED, but the decision as it pertains to the plaintiff's application for SSI is REVERSED, and this case is hereby REMANDED for further administrative proceedings consistent with the Report and Recommendation.

It is so **ORDERED.**

Enter this 6th day of March 2019.

_____
ALETA A. TRAUGER
U.S. District Judge